

# GRECO ♦ NEYLAND, PC
### ATTORNEYS AT LAW

February 2, 2016

Hon. George B. Daniels
United States District Court Judge, SDNY
500 Pearl St.
New York, NY 10007

**SO ORDERED**

The sentencing is adjourned to
March 9, 2016 at 10:15 a.m.

*George B. Daniel*

HON. GEORGE B. DANIELS

*Via Facsimile*

Re:   *United States v. Wei Dong*, 15-CR-00313-GBD, Request to Adjourn Sentencing

Your Honor:

My name is Jeff Greco, and I am counsel of record for Wei Dong in the above-referenced matter. Currently, Mr. Dong is scheduled to be sentenced before Your Honor on February 10, 2016, at 10:00 A.M. We are writing now to request an adjournment of sentence to the morning of Wednesday, March 9, at any time that is convenient for the Court. By letter dated December 22, 2015, we have made one previous request to adjourn sentence, and the Court granted that request. However, due to language and other barriers, it is taking longer than had previously been anticipated to retrieve necessary documents from Mr. Dong's home country of China, and we request this adjournment for that purpose.

I have discussed this matter with AUSA David Abramowicz, and he has no objection to this request. The Court's time and attention to this matter are greatly appreciated. Please do not hesitate to contact me with any questions, comments, or concerns.

Respectfully submitted,

/s/ Jeffery L. Greco
Jeffery L. Greco, Esq.
Greco Neyland, P.C.
535 Fifth Ave., 25th Floor
New York, NY 10017
P: (212) 951-1300
F: (212) 951-1302
C: (212) 810-1774
jeff@gnlaw.nyc

CC: AUSA David Ambramowicz (via Email)